DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of T.A. and B.N., children.

T.M.N.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM,

Appellees.

No. 2D2026-0634
_____

June 24, 2026

Appeal from the Circuit Court for Hillsborough County; Leslie Schultz-Kin, Judge.

T.M.N., pro se.

Mary Soorus, Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Laura J. Lee, Assistant Director of Appeals, Statewide Guardian ad Litem Office, Tallahassee, Attorneys for Statewide Guardian ad Litem Program.


PER CURIAM.

Affirmed.

SLEET, ATKINSON, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.